

**United States District Court**
Central District of California
**Office of the Clerk**

Cristina M. Squieri Bullock
Chief Deputy of Administration
350 West 1st Street, Suite 4311
Los Angeles, CA 90012

**Kiry K. Gray**
District Court Executive / Clerk of Court
350 West 1st Street, Suite 4311
Los Angeles, CA 90012

**Sara Tse Soo Hoo**
Chief Deputy of Operations
255 East Temple Street, Suite TS-134
Los Angeles, CA 90012

April 30, 2021

Clerk, United States District Court

___Western___ District of ___Missouri___

Charles Evans Whittaker US Courthouse
400 East Ninth Street, Room 1510
Kansas City, MO 64106

Re:   Transfer of Jurisdiction of Probation
         Your Case No.  12-00081-01-CR-W-HFS
         Assigned Our Case No.  2:21-cr-00208-DSF
         Case Title:  USA v Bahar

Dear Sir/Madam:

Enclosed please find:

☒ the original Probation Form 22, Transfer of Jurisdiction, of the above-named probationer to this district as accepted by Judge _Philip S Gutierrez_ .

Please forward to this district copies of the following documents:
1)   Indictment, Information, or Complaint
2)   Judgment and Probationary Order
3)   If a Class A Misdemeanor, a copy of a signed Consent to proceed before a magistrate judge, and/or document reflecting such consent, or waiver form.

The probationer has been assigned our case number as referenced above. Please include this case number in all future correspondence.

☐ the original Probation Form 22, Transfer of Jurisdiction, of the above-named probationer, which has been denied by Judge _____ .

Sincerely,

Clerk, U.S. District Court

By  _lori_muraoka@cacd.uscourts.gov_
Deputy Clerk

cc:   Probation Office, Central District of California
        Probation Office, District of Origin

CR-25 (11/20)                    **TRANSMITTAL LETTER - PROBATION TRANSFER IN**