FILED
CLERK, U.S. DISTRICT COURT

OCT - 7 2022

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | NO. CR 21-208-DSF |
| Plaintiff, ) | |
| v. ) | ORDER OF DETENTION AFTER HEARING |
| BILAL F. BAHAR, ) | |
| Defendant. ) | [Fed.R.Crim.P. 32.1(a)(6); 18 U.S.C. 3143(a)] |

The defendant having been arrested in Los Angeles, California pursuant to a warrant issued by the United States District Court for the Central District of California for alleged violation of the terms and conditions of the defendant's supervised release; and

The Court having conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a),

The Court finds that:

\\
\\
\\

1

A.   (X)   The defendant has not met the defendant's burden of establishing by clear and convincing evidence that the defendant is not likely to flee if released under 18 U.S.C. § 3142(b) or (c). This finding is based on the defendant's submission and failure to proffer any evidence to meet the defendant's burden on this issue;

and

B.   (X)   The defendant has not met the defendant's burden of establishing by clear and convincing evidence that the defendant is not likely to pose a danger to the safety of any other person or the community if released under 18 U.S.C. § 3142(b) or (c). This finding is based on the defendant's submission and failure to proffer any evidence to meet the defendant's burden on this issue and criminal history, including a warrant for injury to a spouse.

IT THEREFORE IS ORDERED that the defendant be detained pending the further revocation proceedings.

DATED: October 7, 2022

_____
KAREN L. STEVENSON
UNITED STATES MAGISTRATE JUDGE